1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | TARA I. ALLEN, Bar #235549
Staff Attorney
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
STEPHEN HORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr. No. S-06-158-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) Date:  June 27, 2006 |
|   | ) Time:  10:00 a.m. |
| STEPHEN HORNE, | ) Judge: Dale A. Drozd |
| Defendant. | ) |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, STEPHEN HORNE, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the trial confirmation hearing set for May 30, 2006 and the jury trial set for June 12, 2006 be vacated and a status conference be set for June 27, 2006 at 10:00 a.m.

This continuance is requested to give defense counsel time to obtain additional records which will likely assist in the disposition of this case.

The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the

1  status conference set for June 27, 2006 at 10:00 a.m. pursuant to
2  18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to prepare and Local
3  Code T4.
4  Dated: May 25, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Tara I. Allen

TARA I. ALLEN
Staff Attorney
Attorney for Defendant
STEPHEN HORNE

Dated:  May 25, 2006

MCGREGOR W. SCOTT
United States Attorney

/S/ Matthew Stegman

MATTHEW STEGMAN
Assistant U.S. Attorney

ORDER

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of this Order to the status conference date of June 27, 2006.

IT IS SO ORDERED that the status conference is now set for June 27, 2006 at 10:00 a.m.

IT IS SO ORDERED.
Dated: 5/26/06

Dale A. Drozd

DALE A. DROZD
United States Magistrate Court

2