MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
REBEKAH R. GIBSON
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-0158-DAD |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | WITHOUT PREJUDICE AND ORDER |
| v. | ) | |
| STEPHEN M. HORNE, | ) | |
| | ) | DATE: June 27, 2006 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice case CR. NO. S-06-0158-DAD because the government and the defendant have reached an agreement for deferred prosecution.  The government is now in possession of the fully executed agreement, a copy of which is attached herein,

/////

/////

/////

/////

1

and requests that the status hearing set for June 27, 2006 at 10:00 a.m. be vacated.

DATED: June 23, 2006          MCGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ Matthew C. Stegman
                              MATTHEW C. STEGMAN
                              Assistant U.S. Attorney


                              ORDER

IT IS SO ORDERED:

DATED: June 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


DAD1/orders.criminal/horne0158.ord

2